UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Jaslow P. West JR.

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Transunion Corp

Experian Information Solutions, INC

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I.   Parties in this complaint:

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name            Jaslow P. West JR.
           Street Address  2100 Haddonfield RD APT 3308
           County, City    Pennsauken, NJ
           State & Zip Code New Jersey 08110
           Telephone Number (267)-901-3272

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: CT Corporation System
Street Address: 350 N.S. Paul St
County, City: Dallas
State & Zip Code: Texas 75201

Defendant No. 2
Name: Corporation Service Company
Street Address: 251 Little Falls Dr.
County, City: Wilmington, DE
State & Zip Code: Delaware 19808

Defendant No. 3
Name:
Street Address:
County, City:
State & Zip Code:

Defendant No. 4
Name:
Street Address:
County, City:
State & Zip Code:

II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? (check all that apply)
    ☒ Federal Questions     ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Fair Credit Reporting Act 15 USC 1681

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? **Philadelphia, PA**

B.  What date and approximate time did the events giving rise to your claim(s) occur? **2020, 2021, 2022 to current**

C.  Facts [What happened to you? / Who did what?]: I sent certified letters off to these consumer reporting agencies demanding reinvestigation for inacurrate items and unfair items on my consumer reports that they have claimed to be verified. There items are still on my credit report/file. Experian, Transunion have hindered me from having the ability to obtain Credit

[Was anyone else involved?] Yes, Navy Federal Credit union for furnishing inaccurate information which created a duplicate account. Transunion did not have my written permission to furnish this negative account.

[Who else saw what happened?]

Rev. 10/2009                             - 3 -

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My reputation has been tainted by having these inaccurate and unfair items on my credit file which has caused depression, no stability, no transportation, no value, no confidence.

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want my credit file corrected and a monetary compensation of $80,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of October, 20 22

Signature of Plaintiff _____
Mailing Address 2100 Haddonfield RD
Apt 3308
Pennsauken, NJ 08110
Telephone Number (267)-901-3272
Fax Number (if you have one) _____
E-mail Address Westjaslow@gmail.com

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

REC'D OCT 28

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jaslon P West Jr.

**DEFENDANTS**
Trans Union LLC
Experian Information Solutions, Delaware Inc

**(b)** County of Residence of First Listed Plaintiff: Philadelphia

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## II. BASIS OF JURISDICTION
[x] 3 Federal Question

## III. CITIZENSHIP OF PRINCIPAL PARTIES

## IV. NATURE OF SUIT
[x] 480 Consumer Credit (15 USC 1681 or 1692)

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Fair Credit Reporting Act 15 USC 1681
Brief description of cause: Fair Credit Reporting Act

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 100,000
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: 10/27/2022
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE