IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASLOW P. WEST, JR.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANSUNION CORP.,<br>EXPERIAN INFROAMTION<br>SOULTIONS, INC.,<br>CT CORPORATION SYSTEM and<br>CORPORATION SERVICE COMPANY,<br>　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO.  22-4359 |

### O R D E R

**AND NOW**, this 15th day of March, 2023, it having been reported that the issues between plaintiff and defendant, Transunion Corp., in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE** as to defendant, Transunion Corp., only, by agreement of counsel, without costs.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.