**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JASLOW P. WEST, JR.,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| | |
| **v.** | |
| | |
| **EXPERIAN INFORMATION** | **NO.  22-4359** |
| **SOULTIONS, INC.,** | |
| **CT CORPORATION SYSTEM and** | |
| **CORPORATION SERVICE COMPANY,** | |
| **Defendant.** | |

# O R D E R

**AND NOW**, this 25th day of January, 2024, the Court, by Orders dated August 22, 2023 and September 25, 2023, having directed *pro se* plaintiff to submit status reports as to whether defendants, CT Corporation Systems and Corporation Service Company, should be dismissed from the case, such status reports having been due on September 1, 2023 and October 13, 2023, respectively, and the Court's Order dated September 25, 2023, having directed that, should *pro se* plaintiff fail to submit a status report, "…this case may be dismissed as to defendants, CT Corporation Systems and Corporation Service Company, without further notice to *pro se* plaintiff," and, to date, no such status report having been submitted by *pro se* plaintiff, and the Court noting that the Orders dated August 22, 2023 and September 25, 2025 were mailed to *pro se* plaintiff after docketing, **IT IS ORDERED** that *pro se* plaintiff's claims against defendants, CT Corporation Systems and Corporation Service Company, are **DISMISSED WITHOUT PREJUDICE**.

      **IT IS FURTHER ORDERED** that as Rule 16 conference will be scheduled in due course.

                         **BY THE COURT:**

                         **/s/ Hon. Kelley B. Hodge**

                           **HODGE, KELLEY B., J.**