### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASLOW P. WEST, JR., <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION CORP., and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Civil Action No. 2:22-cv-04359-KBH |

## **ORDER**

AND NOW, this 28th day of March, 2024, it having been reported that the issues between Plaintiff, Jaslow P. West, Jr., and Defendant, Experian Information Solutions, Inc., in the above action have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that the above action is DISMISSED WITH PREJUDICE as to Defendant, Experian Information Solutions, Inc., by agreement, without costs.

It is further ORDERED that the Clerk shall mark this matter closed, and that Rule 16 Conference that had been previously scheduled for April 2, 2024 is cancelled.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
Kelley B. Hodge, J.